UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| CHARLES L. DAVIS )<br>)<br>v. )<br>)<br>LIEUT. MINTHORN, OFFICER D. )<br>COLLINS, SGT. EDEN, CHAPLAIN )<br>BARBER, CAP'T FINLEY, N. HALL, )<br>LIEUT. MITCHELL, T. PHILLIPS, )<br>and MAJOR DOWNS ) | No. 2:05-CV-328 |

## ORDER OF JUDGMENT

In accordance with the accompanying memorandum and order, this *pro se* former prisoner's civil rights action under 42 U.S.C. § 1983 is **DISMISSED without prejudice** for failure to exhaust administrative remedies. Should the plaintiff wish to appeal, he is **DENIED** leave to proceed *in forma pauperis* because any appeal in this matter would not be taken in good faith and would be frivolous. *See* 28 U.S.C. § 1915(a)(3).

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge

ENTERED AS A JUDGMENT
s/ *Patricia L. McNutt*
CLERK OF COURT